EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Rafael Fuentes Fernández | 2018 TSPR 38 <br><br> 199 DPR ____ |

Número del Caso: TS-8,592

Fecha:    6 de marzo de 2018

Abogado de la peticionaria:

        Por derecho propio

Materia:  Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Rafael Fuentes Fernández

TS-8,592

RESOLUCIÓN

En San Juan, Puerto Rico, a 6 de marzo de 2018.

Evaluada la *Moción en Cumplimiento de Orden* presentada por el Sr. Rafael Fuentes Fernández, se provee Con Lugar a su solicitud de cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas (RUA).

Se le ordena al Secretario del Tribunal que realice el cambio en el RUA. Además, se le exhorta al señor Fuentes Fernández que actualice sus datos en el mencionado Registro.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo